JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIMESA INN MOTEL., a business of unknown form; VIBHAKERBHAI B. PATEL & VIMALABEN V. PATEL, husban and wife as joint tenants; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-01145-MWF-AFM<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Calimesa Inn Motel, Vibhakerbhai B. Patel and Vimalaben V. Patel, ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 19, 2018

_____
UNITED STATES DISTRICT COURT JUDGE